

† Michael T. van der Veen
*** Francis J. O'Neill, Jr.
*** Brian D. Hartshorn
** Nelson Levin

Daniel J. Devlin***
Joseph P. Capone***
Richard J. Kravets*

July 23, 2018

VIA FACSIMILE: 570-821-4009
Honorable Joseph F. Saporito, Jr.
United States District Court
Middle District of Pennsylvania
Scranton, PA  18503

    RE:    Michael Catchings v. Horwith Trucks, Inc., et al.
            US.D.C. Middle District of Pennsylvania, Docket No.: 4:16-cv-01334-JFS

Dear Judge Saporito,

    Please be advised that this case has settled.  As such, I am respectfully requesting that this case be removed from the docket.

    Thank you for Your Honor's attention to this matter.

Very truly yours,

Michael T. van der Veen

MTV/nag
cc:    Michael T. Sheridan, Esquire  (via facsimile 570-342-4841)
       Edward J. Ciarimboli, Esquire (via facsimile 570-714-7255)

1219 Spruce Street | Philadelphia, PA 19107 | P (215) 546-1000 | F (215) 546-VLAW | mtvlaw.com
+Member of PA, NJ, & IL Bars, LLM in Trial Advocacy | ***Member of PA, NJ Bars | **Member of PA Bar | *Member of PA, D.C. & FL Bars